UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:16-CV-00671-FDW-DCK

| | |
|---|---|
| RICKY EVANS, JR., | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| SAM'S EAST, INC. *et al.*, | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. Because Plaintiff appears pro se, the Court issued a Notice of Availability of Pro Se Settlement Assistance Program (Doc. No. 17). Plaintiff elected to participate in the program (Doc. No. 18) on February 2, 2017. The Court contacted Attorney Donna Savage, and Ms. Savage accepted the case pursuant to the Program's terms; however, neither Ms. Savage nor the Clerk have been able to contact Plaintiff.

In the interests of time and efficiency, Plaintiff is ORDERED to contact Attorney Donna Savage at Norelli Savage Law, 1340 Harding Place, Charlotte, NC 28204, (704) 376 – 5484, **no later than April 10, 2017**.

IT IS SO ORDERED.

Signed: March 27, 2017

Frank D. Whitney
Chief United States District Judge