UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00671-FDW-DCK

| | |
|---|---|
| RICKY EVANS, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SAM'S EAST, INC., )<br>)<br>Defendant. )<br>) | NOTICE OF HEARING |

TAKE NOTICE that a judicial settlement conference for the instant case will take place on **Thursday, July 13, 2017** at **9:00 a.m.** in the chambers of the undersigned at the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, N.C. 28202.

SO ORDERED.

Signed: July 11, 2017

_____
Frank D. Whitney
Chief United States District Judge