# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:16-CV-671-FDW-DCK

| | |
|---|---|
| **RICKY EVANS, JR.,** | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| **SAM'S EAST, INC.,** | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 36) filed by Angela B. Cummings, concerning Salvador P. Simao on July 28, 2017. Mr. Salvador P. Simao seeks to appear as counsel *pro hac vice* for Defendant Sam's East, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 36) is **GRANTED.** Salvador P. Simao is hereby admitted *pro hac vice* to represent Defendant Sam's East, Inc.

**SO ORDERED**.

Signed: July 28, 2017

David C. Keesler
United States Magistrate Judge