IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:16-CV-671-FDW-DCK

| | |
|---|---|
| RICKY EVANS, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) **ORDER** |
| SAM'S EAST, INC., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 52) filed by Angela B. Cummings, concerning Jeffrey Andrew Lehrer on August 28, 2017. Mr. Jeffrey Andrew Lehrer seeks to appear as counsel *pro hac vice* for Defendant Sam's East, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* And Affidavit" (Document No. 52) is **GRANTED.** Jeffrey Andrew Lehrer is hereby admitted *pro hac vice* to represent Defendant Sam's East, Inc.

**SO ORDERED**.

Signed: August 28, 2017

David C. Keesler
United States Magistrate Judge