UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cv-00671-FDW-DCK

| | | |
|---|---|---|
| RICKY EVANS, JR., | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| SAM'S EAST, INC., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on Defendant's Motions in Limine (Docs. Nos. 41-48, 54-56) and Motion to Quash (Doc. No. 57). For the reasons states in open court at a hearing before the undersigned on August 31, 2017, the Court ORDERS that:

1. Defendant's Motions in Limine (Docs. Nos. 41, 42, 43, 45, 46, 54, 56) are GRANTED;

2. Defendant's Motions in Limine (Docs. Nos. 44, 47) are DEFERRED, thus the Court will reserve ruling on these motions;

3. Defendant's Omnibus Motion in Limine (Doc. No. 48) is GRANTED IN PART, DEFERRED IN PART, and DENIED IN PART;

4. Defendant's Motion in Limine (Doc. No. 55) is GRANTED IN PART and MOOTED IN PART; and finally,

5. Defendant's Motion to Quash (Doc. No. 57) is GRANTED.

IT IS SO ORDERED.

Signed: August 31, 2017

Frank D. Whitney
Chief United States District Judge