UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| RICKY EVANS, JR., <br><br> Plaintiff, <br><br> v. <br><br> SAM'S EAST, INC., <br><br> Defendant. | C/A NO. 3:16-CV-00671 <br><br><br> **JUDGMENT** |

Judgment is hereby entered for Defendant in the amount of $6,346.78 in accordance with the Clerk's December 1, 2017 Taxation of Costs and Federal Rule of Civil Procedure 58.

Signed: January 17, 2018

Frank G. Johns, Clerk
United States District Court